No. 81–618. BLINZINGER, ADMINISTRATOR, DEPARTMENT OF PUBLIC WELFARE OF INDIANA *v.* BOND ET AL. C. A. 7th Cir. Motion of respondents Louise Bond et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–573. JOHNSON ET AL. *v.* AIRLINE PILOTS IN THE SERVICE OF NORTHWEST AIRLINES, INC., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.